*Mr. David T. Wilentz,* for the appellant.

*Messrs. Ruback & Albach,* for the respondents.

PER CURIAM.

The order appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Stein, and reported at *137 N. J. Eq. 151.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, COLIE, OLIPHANT, WELLS, RAFFERTY, DILL, FREUND, McGEEHAN, JJ. 14.

*For reversal*—None.

FIDELITY UNION TRUST CO., as trustee, respondent,

*v.*

UNION CEMETERY ASSOCIATION and HOLLYWOOD MEMORIAL PARK, INC., appellants.

[Decided January 3d, 1946.]

*Mr. Israel B. Greene, Messrs. Hood, Lafferty & Emerson, Mr. H. Edward Toner, Mr. Charles C. Trelease, Messrs. Bilder, Bilder & Kaufman, Mr. Bernard Freedman, Messrs. Koehler, Augenblick & Freedman* and *Mr. Walter D. Van-Riper,* for the respondent.

*Messrs. Osborne, Cornish & Scheck,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Stein, and reported at *136 N. J. Eq. 15.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, COLIE, OLIPHANT, WELLS, RAFFERTY, DILL, FREUND, MCGEEHAN, JJ.  14.

*For reversal*—None.

FIDELITY UNION TRUST CO., as trustee, respondent,

*v.*

UNION CEMETERY ASSOCIATION et al., appellants.

[Decided January 3d, 1946.]

*Messrs. Bilder, Bilder & Kaufman, Messrs. Hood, Lafferty & Emerson, Messrs. Osborne, Cornish & Scheck; Messrs. Koehler, Augenblick & Freedman, Mr. Bernard Freedman, Mr. H. Edward Toner, Mr. Charles C. Trelease* and *Mr. Walter D. Van Riper,* for the respondent.

*Mr. Israel B. Greene,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Stein, and reported at *136 N. J. Eq. 15.*

*For affirmance*—THE CHIEF-JUSTICE, PARKER, CASE, BODINE, DONGES, HEHER, PERSKIE, COLIE, OLIPHANT, WELLS, RAFFERTY, DILL, FREUND, MCGEEHAN, JJ.  14.

*For reversal*—None.